# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA E. CRONACHER<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; YORK ENTERPRISES SOUTH, INC. d/b/a HUNTINGTON BEACH FORD; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 8:21-cv-00634-CJC-KES<br>Hon. Cormac J. Carney<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND** |

# ORDER

The Court, having considered the Joint Stipulation to Remand this this action to the Superior Court of the State of California for the County of Orange filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. This action is remanded to the Superior Court of the State of California for the County of Orange.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: June 8, 2021

By: _____
Honorable Cormac J. Carney
United States District Court Judge